UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STACY BAKER,
                                    Plaintiff,

                              20 Civ. 4586 (LGS)

               -against-

                              ORDER

TAUBMAN CENTERS, INC., et al.,
                                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pre-trial conference was scheduled for October 1, 2020, (Dkt. No. 4);

    WHEREAS, the Court's Order at Docket No. 4 directed the parties to file, by September 24, 2020, a joint letter and proposed case management plan pursuant to the Court's Individual Rules;

    WHEREAS, no such materials were filed; it is hereby

    **ORDERED** that, the initial pre-trial conference scheduled for October 1, 2020, is **ADJOURNED** to **October 22, 2020, at 10:40 a.m.**; it is further

    **ORDERED** that, by **October 15, 2020**, the parties shall file a joint letter and proposed CMP pursuant to this Court's Individual Rules.

Dated: September 28, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE