UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>TAUBMAN CENTERS, INC., MAYREE C. CLARK, MICHAEL J. EMBLER, JANICE L. FIELDS, MICHELLE J. GOLDBERG, NANCY KILLEFER, CIA BUCKLEY MARAKOVITS, ROBERT S. TAUBMAN, RONALD W. TYSOE, and MYRON E. ULLMAN, III,<br><br>        Defendants. | Case No. 20-cv-04586-LGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stacy Baker ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 29, 2020

**FEDERMAN & SHERWOOD**

By  /s/ *William B. Federman*
    William B. Federman (WF9124)
    10205 North Pennsylvania Avenue
    Oklahoma City, OK 73120
    Tel: (405) 235-1560
    Fax: (405) 239-2112
    -and-
    212 W. Spring Valley Road
    Richardson, Texas 75081

*Attorneys for Plaintiff*

**So Ordered.**

Dated:  September 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**